1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    RANDY AUSBORN,                              1:25-cv-01300-SKO (PC)

10                 Plaintiff,

11        v.                                     **ORDER TO SUBMIT APPLICATION
                                                 TO PROCEED IN FORMA PAUPERIS
                                                 OR PAY FILING FEE WITHIN 45 DAYS**
12   DEPARTMENT OF CORRECTIONS
     AND REHABILITATION, et al.,
13
                   Defendants.
14

15

16        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

17   § 1983.  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in*

18   *forma pauperis* pursuant to 28 U.S.C. § 1915.

19        Accordingly, **IT IS HEREBY ORDERED** that:

20        Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

21   attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

22   pay the $405.00 filing fee for this action. **No requests for extension will be granted without a**

23   **showing of good cause**. **Failure to comply with this order will result in dismissal of this**

24   **action.**

25

26   IT IS SO ORDERED.

27   Dated:   **October 3, 2025**                        */s/ Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28