UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY AUSBORN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | 1:25-cv-01300-SKO (PC)<br><br>**ORDER STRIKING COMPLAINT**<br><br>(Doc. 1)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A SIGNED COMPLAINT WITHIN THIRTY (30) DAYS** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff's complaint filed October 2, 2025, is not signed. (*See* Doc. 1.)[1] Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. *See* Fed. R. Civ. P. 11(a); Local Rule 131(b).

Because the complaint is not signed by Plaintiff, the Court must strike it from the record. Fed. R. Civ. P. 11(a). Plaintiff will be permitted an opportunity to file a signed complaint, within 30 days of the date of this order, that complies with the Federal Rules of Civil Procedure and the Local Rules. The Court will direct the Clerk of the Court to provide Plaintiff with a copy of his complaint filed October 2, 2025, as a one-time courtesy and for Plaintiff's ease of reference, as

---

[1] The Court notes Plaintiff used this Court's Civil Rights Complaint by a Prisoner form, however, Plaintiff did not include and/or complete the last page of the form complaint. That page asks Plaintiff to state the remedy or relief he seeks and provides spaces for the date and Plaintiff's signature.

1

well as a blank civil rights complaint form. Finally, Plaintiff is advised that any properly signed, dated, and filed complaint will be screened in due course.

**CONCLUSION and ORDER**

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The complaint filed October 2, 2025 (Doc. 1) is **STRICKEN**;
2. The Clerk of the Court is **DIRECTED** to provide Plaintiff with a copy of the complaint filed October 2, 2025, as a one-time courtesy. The Clerk is **FURTHER DIRECTED** to serve a blank civil rights complaint form with this order; and
3. **Within thirty (30) days** of the date of service of this order, Plaintiff **SHALL** file a properly signed and dated complaint.

IT IS SO ORDERED.

Dated:     **October 21, 2025**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE